**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                             CASE NO. 6:96-CR-31-ORL-19KRS

LARRY WAYNE MOBLEY, JR.

_____

<u>ORDER</u>

This case was considered by the Court on Petition on Probation and Supervised Release (Doc. No. 45, filed November 22, 2004), Report and Recommendation of the United States Magistrate Judge (Doc. No. 52, filed April 7, 2005), and Order to Show Cause at Final Revocation Hearing (Doc. No. 54, filed April 18, 2005) at a hearing held May 10, 2005 attended by Defendant, counsel for Defendant and counsel for the Government.  Upon hearing the matters presented, it is **ORDERED:**

1.      The Report and Recommendation of the United States Magistrate Judge (Doc. No. 52) is **ADOPTED AND APPROVED,** there being no objection filed.

2.      The Petition on Probation and Supervised Release (Doc. No. 45) is **GRANTED,** and the Defendant's supervised release (Doc. No. 30 and 43, filed October 1, 1997 and January 23, 2003, respectively) is **REVOKED.**

3.      Defendant shall be committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of **18 months.**  The Defendant shall be immediately **REMANDED** to the custody of the United States Marshal to await designation of a facility for service of this sentence.  It is requested but not required that Defendant be afforded therapy for substance use and mental health treatment.   (A federal detainer was lodged

against Defendant on January 3, 2005 while Defendant was in custody on other charges in a state case).

4.      The Court has considered the factors enumerated in 18 United States Code Section 3553 (a) including applicable advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing this sentence.  As noted by the Court at the hearing in this case, of particular concern is the need to protect the public from further crimes of the defendant along with the other factors described in such statute.

5.      In all other respects the Judgment in a Criminal Case (Doc. Nos. 30 and 43) remain in full force and effect.

6.      Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of this Court in this case.

7.      Defendant has been advised of his right to appeal.

**DONE AND ORDERED** at Orlando, Florida, this   10th   day of May, 2005.


PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT


Copies to:

Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant